Case 4:25-cv-04209   Document 93   Filed 02/27/26 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
February 27, 2026
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MARGARET ALEXANDER ALEXANDER | § § | |
| VS | § § | CIVIL ACTION NO. H-25-4209 |
| MONTGOMERY COUNTY COMMUNITY SUPERVISION & CORRECTIONS DEPARTMENT, *et al* | § § § § | |

## ORDER ADOPTING MEMORANDUM AND RECOMMENDATION

Pending before the Court in the above referenced proceeding is Plaintiff's Emergency Motion for Temporary Restraining Order and Immediate State of State Arrest and Detention (Doc. No. 85; Magistrate Judge Bennett's Memorandum and Recommendation (Doc. No. 89) that the Court deny the Plaintiff's motion; and Plaintiff's Objections (Doc. No. 91) to the Memorandum and Recommendation.

The Court has carefully reviewed, *de novo*, the filings, the applicable law, the Magistrate Judge's Memorandum and Recommendation, and the objections thereto, and agrees with the Magistrate Judge's conclusion that Plaintiff has not satisfied the first and second requirements for a temporary restraining order. Accordingly, it is hereby

**ORDERED** that Plaintiff Objections (Doc. No. 91) are **OVERRULED**; the Memorandum and Recommendation (Doc. No. 89) is **ADOPTED**; and Plaintiff's Emergency Motion for Temporary Restraining Order and Immediate State of State Arrest and Detention (Doc. No. 85) is **DENIED**,

SIGNED on this 27th day of February 2026.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE