United States District Court
Southern District of Texas
**ENTERED**
April 08, 2026
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MARGARET ALEXANDRA ALEXANDER | § | |
| | § | |
| VS | § | CIVIL ACTION NO. H-25-4209 |
| | § | |
| MONTGOMERY COUNTY COMMUNITY | § | |
| SUPERVISION & CORRECTIONS, *et al* | § | |

## ORDER ADOPTING MEMORANDUM AND RECOMMENDATION

Pending before the Court in the above referenced proceeding is Defendants Montgomery County Sheriff's Office, Montgomery County District Attorney's Office, Montgomery County Community Supervision & Corrections Department, Montgomery County Attorney's Office, Brett Ligon, and Laurie Frankenfield (Montgomery County Defendants) Joint Motion to Dismiss (Doc. No 53) and Defendant the Texas Department of Family and Protective Services' (DFPS) Motion to Dismiss (Doc. No. 54) together responses and replies, and Magistrate Judge Bennett's Memorandum and Recommendation (Doc. No. 101). Plaintiff has filed objections (Doc. No. 102) to the Memorandum and Recommendation.

The Court has carefully reviewed, *de novo*, the filings, the applicable law, the Magistrate Judge's Memorandum and Recommendation, and the objections thereto, and agrees with the Magistrate Judge's conclusions. Accordingly, it is hereby

**ORDERED** that Plaintiff Objections (Doc. No. 102) are **OVERRULED**; the Memorandum and Recommendation (Doc. No. 101) is **ADOPTED**; and Defendants Montgomery County Sheriff's Office, Montgomery County District Attorney's Office, Montgomery County Community Supervision & Corrections Department, Montgomery County Attorney's Office, Brett Ligon, and

Laurie Frankenfield Joint Motion to Dismiss (Doc. No 53) and Defendant the Texas Department of Family and Protective Services' Motion to Dismiss (Doc. No. 54) are **GRANTED**.  Plaintiff's Second Amended Complaint is **DISMISSED WITHOUT PREJUDICE** It is further

**ORDERED** that all other pending motions (Doc. Nos. 11, 13, 14, 20, 24, 26, 41, 79) are **DENIED AS MOOT**. .

SIGNED on this _____8th_____ day of April 2026.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE

2